UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| THILCIA E. SCHINABECK | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.   2:13-cv-00207-JRG |
| | ) | |
| WELLS FARGO BANK, N.A. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE OF PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

Plaintiff, Thilcia E. Schinabeck, hereby gives notice, pursuant to Local Rule 26(c), of tendering her *Initial Disclosures*, as required by Federal Rules of Civil Procedure 26(a)(1), to Defendant, Wells Fargo Bank, N.A on August 1, 2013.

Dated this 3rd day of August, 2013.         Respectfully submitted,

                                       */s/ Sylvia A. Goldsmith*
                                       Sylvia A. Goldsmith, Esq.
                                       Geoffrey B. McCarrell, Esq.
                                       **LAW OFFICE OF SYLVIA A. GOLDSMITH**
                                       Milano Law Building
                                       2639 Wooster Road
                                       Rocky River, Ohio 44116
                                       Telephone:   (440) 934-3025
                                       Facsimile:   (440) 934-3026
                                       Email: sgoldsmith@sgoldsmithlawoffice.com

William L. Manchee, Esq.
SBOT 12891200
James J. Manchee, Esq.
SBOT 00796988
Marilyn S. Altamira, Esq,
SBOT 00796119
MANCHEE & MANCHEE, PC
12221 Merit Drive, Suite 950
Dallas, Texas 75251
Telephone: (972) 960-2240
Facsimile:   (972) 233-0713

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing *Notice* was forwarded to Andrew N. Soule, Esq. Hermes Sargent Bates LLP, 901 Main Street, Suite 5200, Dallas, TX 75202, on the 3rd day of August, 2013, via ECF and electronic mail.

  */s/ Sylvia A. Goldsmith*
Sylvia A. Goldsmith, Esq.
**LAW OFFICE OF SYLVIA A. GOLDSMITH**