IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Thilicia E. Schinabeck | § § | |
| Plaintiff | § § | |
| V. | § § | CIVIL ACTION NO. 2-13-cv-00207-JRG |
| Wells Fargo Bank, N.A. | § § | |
| Defendant | § § | |

## MEDIATOR'S REPORT

In accordance with the Court's Order, a mediation conference was held on January 23, 2014 in Dallas, Texas. The case resulted in settlement.

SIGNED this the 24th day of January, 2014.

_____
**MEDIATOR**

## CERTIFICATE OF SERVICE

The undersigned certified that the foregoing instrument was filed electronically on this the 24th day of January, 2014.

_____
**G.R. (RANDY) AKIN**