**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **THILCIA E. SCHINABECK** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  2:13-cv-00207-JRG |
| | § | |
| **WELLS FARGO BANK, N.A.** | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is stipulated by and between the undersigned parties, by and through their respective attorneys, that Plaintiff Thilcia E. Schinabeck and Defendant Wells Fargo Bank, N.A. dismiss this action with prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the express understandings of the parties' written Settlement Agreement. Costs are to be paid by the party incurring same.

Respectfully submitted**,**

**LAW OFFICES OF SYLVIA A. GOLDSMITH**

By: _____/s/ *Sylvia A. Goldsmith*_____
    **SYLVIA A. GOLDSMITH**
    (Admitted in E.D. Tex)
    **GEOFFREY B. McCARRELL**

Park West Building
20545 Center Ridge Road, Suite 120
Rocky River, Ohio 44116
Telephone: (440) 934-3025
Facsimile: (440) 934-3026
Email:
sgoldsmith@sgoldsmithlawoffice.com

**WILLIAM L. MANCHEE**
SBOT 12891200
**JAMES J. MANCHEE**
SBOT 00796988
**MANCHEE & MANCHEE, P.C.**
12221 Merit Drive, Suite 950
Dallas, Texas 75251
Telephone:  (972) 960-2240
Facsimile: (972) 233-0713

**ATTORNEYS FOR PLAINTIFF**

**AND**

**HERMES SARGENT BATES, LLP**

By: _____/s/ *Andrew N. Soule*_____
    **ANDREW N. SOULE**
    State  Bar No. 00797474
    andy.soule@hsblaw.com
    **BRENT W. MARTINELLI**
    State Bar No. 24037037
    brent.martinelli@hsblaw.com

901 Main Street, Suite 5200
Dallas, Texas 75202
(214) 749-6000 (Telephone)
(214) 749-6100 (Facsimile)

**ATTORNEYS FOR DEFENDANT**